JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 27, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>SALLY H. UNG;<br>SMITH PARK LLC, a California Limited Liability; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-05541-SJO-MRW<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: 9/27/16

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE